FRANCIS J. TALLMAN, RESPONDENT, v. THE AMERICAN EXPRESS COMPANY, APPELLANT.

*County Court — appeal from judgment of — when dismissed.*

No appeal lies to the General Term from a judgment of the County Court, entered in an action originating in the Justice's Court, until a motion for a new trial has first been made in the County Court upon a case and exceptions.*

MOTION to dismiss an appeal from a judgment of the County Court of St. Lawrence county, in an action commenced before a justice of the peace.

*R. W. Judson*, for the motion.

*D. Magone, Jr.*, opposed.

*Per Curiam:*

This action originated in Justice's Court, where judgment was rendered for the plaintiff. It was taken into the County Court of St. Lawrence county, on appeal, where it was again tried before the court and jury with like result; and the case is now in this court, on appeal from the judgment there rendered on the verdict of the jury. No motion was made in the County Court for a new trial on the case and exceptions, and a motion is now made to dismiss the appeal for that reason.

The decisions on the question here presented have not been uniform. (42 Barb., 70; 48 id., 339; 27 How., 208; 28 id., 150; 29 id., 68; 54 Barb., 34; 27 How., 385; 30 id., 4; 2 N. Y. S. C., 445; id., 672.) The last two decisions, in the fourth department, were intended to settle the practice, and we think we should concur with them with a view to harmony, if for no other reason; not

_____

* See to same effect, *Murray* v. *Vanderveer*, *ante*, p. 302.

intending, however, to intimate any doubt, on our part, of the correctness of the rule there declared. This rule has no application to cases originating in the County Court, as will be seen by the decision in *Beatty* v. *Myers* (6 N. Y. S. C. [T. & C.], 456; S. C., 11 [4 Hun], 266.)

The appeal herein must be dismissed, for the reason that no motion was made for a new trial in the County Court.

Motion granted.

Present — LEARNED, P. J., BOCKES and BOARDMAN, JJ.

Appeal dismissed, with ten dollars costs and printing.